IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA GARRITY,

    Plaintiff,

v.

THE BUCHHOLZ PLANNING
CORPORATION and UNUM INSURANCE
COMPANY OF AMERICA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-443-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgement is entered in favor of plaintiff, dismissing the complaint as to defendant Buchholz Planning Corporation and awarding plaintiff attorney fees in the amount of $55,611.17 and $189.93 in prejudgment interest against defendant Unum Insurance Company of America.

Approved as to form this 12th day of June, 2013.

_____
Barbara B. Crabb,
District Judge

_____    6/14/13
Peter Oppeneer, Clerk of Court    Date